# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:04CV356 |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| DRAVO CORPORATION, ) | |
| ) | |
| Defendant. ) | |

The matter is before the court following a status conference with counsel and the receipt by the court of a Joint Motion (Filing No. 25) from the parties to suspend the schedule in the court's June 20, 2005 Case Management Order in order to pursue settlement discussions. Upon consideration,

**IT IS ORDERED:**

1. The Joint Motion to Suspend Schedule in Case Management Order (Filing No. 25) is granted.

2. The court's Case Management Order of June 20, 2005 is hereby suspended.

3. The parties shall report to the Court on the status of their settlement discussions **on or before June 19, 2006 and every 30 days thereafter**, such report to include counsel's position(s) concerning whether the stay should continue in effect or whether the stay should be lifted.

4. The court will establish a new Case Management Order in the event the parties do not settle this matter.

DATED this 21st day of April, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge